
FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 3:31 pm, Oct 06, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| FIDEL CAMACHO DURAN, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-58 |
| v. | * | |
| TRACY JOHNS, | * | |
| Respondent. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 7. Petitioner Fidel Duran ("Duran") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Duran's 28 U.S.C. § 2241 Petition for failure to follow this Court's Order, **DENIES as moot** Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Duran *in*

AO 72A
(Rev. 8/82)

*forma pauperis* status on appeal.

    **SO ORDERED**, this \_\_6\_\_ day of \_\_October\_\_, 2020.

                                         HON. LISA GODBEY WOOD, JUDGE
                                         UNITED STATES DISTRICT COURT
                                         SOUTHERN DISTRICT OF GEORGIA